AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>Stephen Delgiorno<br>*Defendant(s)* | )<br>)<br>) Case No. 5 MJ 11-146<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Oct. 1, 2011 to Dec. 6, 2011__ in the county of __Monroe__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21: 846 | Did knowing, intentionally, and unlawfully combine, conspire, and agree with others to distribute and possess with intent to distribute heroin, a Schedule I controlled substance; |
| 18:924(c) | knowingly possessed a firearm, a Baretta .9mm, during and in relation to, and in furtherance of a drug trafficking conspiracy for which he may be prosecuted in a court of the United States, that is, the knowing and intentional possession with intent to distribute heroin, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Sciarillo Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/06/2011__

_____
*Judge's signature*

City and state: __Wilkes-Barre, PA__   Malachy E. Mannion, U.S. Magistrate Judge
*Printed name and title*